dant. Thus, Monster should be listed in the court's caption as a defendant-appellee, and the motion to intervene in this court is unnecessary.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as moot. The revised official caption is reflected above.

**WIAV SOLUTIONS LLC, Plaintiff–Appellant,**

v.

**MOTOROLA, INC., Defendant–Appellee,**

and

**Nokia Corporation and Nokia Inc., Defendants–Appellees,**

and

**Palm, Inc., Defendant–Appellee,**

and

**Mindspeed Technologies, Inc., Defendant–Appellee,**

and

**Personal Communications Devices LLC, Personal Communications Devices Holdings, LLC, Sony Ericsson Mobile Communications AB, Sony Ericsson Mobile Communications (USA), Inc., and Utstarcom, Inc., Defendants.**

No. 2010–1266.

United States Court of Appeals, Federal Circuit.

July 16, 2010.

**ON MOTION**

**ORDER**

Upon consideration of the joint motion to dismiss certain parties from this appeal due to settlement,

IT IS ORDERED THAT:

The motion is granted to the extent that the revised official caption is reflected above.

**VERA W. HUANG, Plaintiff–Appellant,**

v.

**MENG YIH HUANG, P. Guilmet, Robin Lynch, George P. Lordan, Arthur Frawley, Lisa Greenburg, Lisa A. Jacobowitzz, Kim Phelan, Mi Na Huang, Leu So–Mei, Wen–Chin Leu of Chien–Chuen Plastic Co. Ltd., Dr. Marilea K. Miller, Ernest Lin, Dr. Tung, Joseph Paley, Mark Burrell, David Hazlewood, and Deputy Terry, Salem Family Court, Defendants–Appellees,**

and

**Judge Edward J. Rockett, Honorable Sean Dunphy, Judge Spencer M. Kagan, John Cronin, Judge John Stevens, Jr., Judge Mary M. Manzi, Judge Digangi, Judge Billing, Judge Nancy Staffier Holtz, Judge Bonnie H. Macleod, Judge Francis A. Mcintyre,**

Judge Whithead, Judge D. Kerman, Judge Ireland, Judge Spina, Judge Cordy, John Dawley, Assistant District Attorney, Ralph Finch, Assistant Clerk, Judith Brennan, Kevin Jones, Magistrate Tripi, Magistate Doris Stenziani, Lillian C. Andruszkiewicz, Clerk Holliey White, Joseph Laro, Court Reporter, Probation Officer Slivaski, Rudolph Jaworski, Charles Kagan, Inspector Robert Foley, Inspector Bernard Clancy, Essex County, Massachusetts State Treasury, Attorney General of Massachusetts, Salem District Attorney, Salem Superior Court Clerks, Cambridge District Attorney, and Judge White, Middlesex Superior Court, Defendants–Appellees,

and

Nancy Vantine and Burns & Levinson LLP, Defendants–Appellees.

No. 2010–1293.

United States Court of Appeals, Federal Circuit.

July 16, 2010.

Annapurna Balakrishna, Office of the Attorney General, Boston, MA, for Attorney General of Massachusetts, Cambridge District Attorney, Charles Kagan, Clerk Holliey White, Essex County, Honorable Sean Dunphy, Inspector Bernard Clancy, Inspector Robert Foley, John Cronin, John Dawley, Joseph Laro, Billing, Bonnie H. MacLeod, Cordy, D. Kerman, Digangi, Edward J. Rockett, Francis A. McIntyre, Ireland, John Stevens, Jr., Mary M. Manzi, Nancy Staffier Holtz, Spencer M. Kagan, Spina, White, Whithead, Brennan, Kevin Jones, Lillian C. Andruszkiewicz, Doris Stenziani, Tripi, Massachusetts State Treasury, Probation Officer Slivaski,

Ralph Finch, Rudolf Jaworski, Salem District Attorney, Salem Superior Court Clerks.

Katy E. Koski, Sherin & Lodgen LLP, Boston, MA, for Burns & Levinson LLP, Nancy Vantine.

Vera W. Huang, Maspeth, NY, pro se.

ORDER

Vera W. Huang moves for an extension of time.

The court notes that this appeal was dismissed on June 11, 2010, 2010 WL 2383950.

Accordingly,

IT IS ORDERED THAT:

The motion is denied as moot.

PARADOX SECURITY SYSTEMS, LTD., Shmuel Hershkovitz, and Pinhas Shpater, Plaintiffs–Appellants,

v.

ADT SECURITY SERVICES, INC. and Digital Security Controls, Ltd., Defendants–Appellees,

and

Monitronics International, Inc., Defendant,